Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

August 17, 2026

**VIA ECF ONLY**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re.: ***Porter v. County of Nassau, et al.***
2:25-cv-2105 (LDH)(ST)

Dear Judge Tiscione:

Horn Wright, LLP represents Plaintiff Marquise Porter ("Plaintiff") in connection with the above-referenced matter. I write to provide a status report in accordance with Your Hornor's Electronic Order.

As an initial matter, I wish to apologize to the Court for the delay in submitting the instant report. I am pleased to report that the parties have reached a settlement in this matter. The necessary settlement documents have been sent to Mr. Porter for his signature, and we are awaiting the return of same. Mr. Porter is currently in the custody of NYS DOCCS so there has been some delay in obtaining the executed documents from Mr. Porter.

Therefore, we would respectfully request thirty days within which to file a stipulation and order of dismissal.

Thanking the Court for its time and consideration, I remain

**HORN WRIGHT, LLP**
By: /S Pablo A. Fernandez
Pablo A. Fernandez

cc: Steven V. Dalton, DCA (Via Email)